JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball (CB 8203)

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Heather Lennox (HL 3046)
Robert W. Hamilton (RH 3130)

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
Dana Corporation, *et al.,*               :   Case No. 06-10354 (BRL)
                                          :
            Debtors.                      :   (Jointly Administered)
                                          :
----------------------------------------------------------------x

**COUNTERDESIGNATION OF DEBTORS AND DEBTORS IN POSSESSION**
**OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

NYI-4054061v7

TO THE HONORABLE BURTON R. LIFLAND,
UNITED STATES BANKRUPTCY JUDGE:

Debtor-Appellee Dana Corporation ("Dana") and 40 of its domestic direct and indirect subsidiaries, as debtors and debtors in possession (collectively, the "Debtors") respectfully file this counterdesignation (this "Counterdesignation") of additional items for inclusion in the record on appeal, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, in connection with the appeal (the "Appeal") of the Ad Hoc Committee of Asbestos Personal Injury Claimants of the Written Opinion and Order Confirming Third Amended Joint Plan of Reorganization of Debtors and Debtors-In-Possession (Docket No. 7509), which was entered by the United States Bankruptcy Court for the Southern District of New York on December 26, 2007 in the above-captioned, jointly administered bankruptcy cases.

## Counterdesignation of Additional Items for the Record

The Debtors hereby counterdesignate the following items, together with all exhibits, schedules and other attachments thereto, for inclusion in the record of the Appeal:

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 1 | 30 | 3/3/2006 | Motion of Debtors and Debtors in Possession for (I) an Interim Order Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001 and 9014 and (II) Interim and Final Orders Authorizing Them to (A) Obtain Postpetition Financing Pursuant to Sections 105, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 of the Bankruptcy Code; (B) Utilize Cash Collateral Pursuant to Section 363 of the Bankruptcy Code; and (C) Granting Adequate Protection to Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code |
| 2 | 55 | 3/3/2006 | Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. Sections 105(A), 361, 362, 363, 364(C)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Fed. Bankr. P. 2002, 4001 and 9014 and (B) Utilize Cash Collateral Pursuant To 11 U.S.C. Section 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. Section 361, 362, 363 and 364 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b), 4001(c) and 4001(d) |
| 3 | 721 | 3/29/2006 | Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. Sections 105(a), 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. Section 363, and (II) Granting Adequate Protection To Prepetition Secured Parties Pursuant to 11 U.S.C. Sections 361, 362, 363 and 364 |
| 4 | 1379 | 5/31/2006 | Motion of Debtors and Debtors in Possession for an Order, Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006 and 9019: (A) Authorizing the Debtors to Enter into and Perform Under a Master Share Purchase Agreement to Effect the Unwinding of the Spicer, S.A. de C.V. Joint Venture and (B) Granting Certain Related Relief |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 5 | 1527 | 6/20/2006 | Order (A) Authorizing the Debtors to Enter into and Perform Under a Master Share Purchase Agreement to Effect the Unwinding of the Spicer, S.A. de C.V. Joint Venture and (B) Granting Certain Related Relief |
| 6 | 2073 | 7/19/2006 | Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof |
| 7 | 2591 | 8/1/2006 | Notice of Amendment to Schedules of Assets and Liabilities of Debtor Dana Corporation, Schedule F |
| 8 | 3451 | 9/11/2006 | Motion of Debtors and Debtors in Possession, Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006 for (I) Order (A) Approving Bidding Procedures for the Sale of Trailer Axles Business, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) an Order Authorizing (A) Sale of Debtors' Trailer Axles Businesses Free and Clear of Liens, Claims, Encumbrances and Other Interests and (B) Assumption and Assignment of Executory Contracts and Leases |
| 9 | 3453 | 9/11/2006 | Motion of Debtors Pursuant to Local Rule 9006(b) for Order Shortening Time of Notice with Respect to Hearing on Debtors' Request for an Order (A) Approving Bidding Procedures for the Sale of Trailer Axles Business, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 10 | 3464 | 9/11/2006 | Order signed on 9/11/2006 Shortening Time of Notice with Respect to Hearing on Debtors' Request for an Order (A) Approving Bidding Procedures for the Sale of Trailer Axles Business, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 11 | 3485 | 9/12/2006 | Certificate of Mailing for, among other things, Docket Nos. 3464, 3451 and 3453 |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 12 | 3897 | 10/19/2006 | Order Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code and Bankruptcy Rule 2002, 6005 and 6006, (A) Approving Bidding Procedures for the Sale of the Trailer Axles Business, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; |
| 13 | 4049 | 11/10/2006 | Notice of Amendments to Certain of the Debtors' Schedules of Assets and Liabilities and Attachments thereto |
| 14 | 4086 | 11/15/2006 | Motion of Debtors and Debtors In Possession, Pursuant to Bankruptcy Rule 9019, For an Order Approving A Settlement Agreement Between Debtors and Dana Credit Corporation |
| 15 | 4199 | 11/30/2006 | Order Approving a Settlement Agreement Among the Debtors and Dana Credit Corporation |
| 16 | 4244 | 12/4/2006 | Motion of Debtors and Debtors in Possession, Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006, for (I) Order (A) Approving Bidding Procedures and Bidder Protections for the Sale of Engine Products Group, and (B) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing Sale of Assets and Stock Relating to the Debtors' Engine Products Group Fee and Clear of Liens, Claims, Interests and Encumbrances (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith, and (C) Granting Certain Related Relief |
| 17 | 4396 | 12/16/2006 | Order (A) Approving Bidding Procedures for the Sale of Engine Products Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof |
| 18 | 4397 | 12/19/2006 | Order Authorizing (A) Sale of Debtors' Trailer Axles Business Free and Clear of Liens, Claims, Encumbrances and other Interests, and (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 19 | 4468 | 1/4/2007 | Debtors' Motion for an Order Authorizing Them to Enter Into and Perform Under Amendment to DIP Loan Agreement, Commitment Letter and Fee Letter, Pursuant To 11 U.S.C. Sections 105(a), 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 |
| 20 | 4604 | 1/24/2007 | Order Authorizing Debtors to Enter Into and Perform Under Amendment to DIP Loan Agreement, Commitment Letter and Fee Letter, Pursuant To 11 U.S.C. Sections 105(a), 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 |
| 21 | 4744 | 2/13/2007 | Motion of Debtors and Debtors in Possession for an Order, Pursuant to 11 U.S.C. Section 363, Authorizing Debtors to Terminate Unvested Non-Pension Benefits of (I) Non-Union Retirees and (II) Non-Union Active Employees |
| 22 | 4745 | 2/13/2007 | Memorandum of Law of Debtors and Debtors in Possession in Support of Motion for an Order, Pursuant to 11 U.S.C. Section 363, Authorizing Debtors to Terminate Unvested Non-Pension Benefits of (I) Non-Union Retirees and (II) Non-Union Active Employees |
| 23 | 4751 | 2/13/2007 | Motion and Memorandum of Law of Debtors and Debtors in Possession to Reject Their Collective Bargaining Agreements and to Modify Their Retiree Benefits Pursuant to Sections 1113 and 1114 of the Bankruptcy Code |
| 24 | 4813 | 2/23/2007 | Order (A) Authorizing the Sale of Assets and Stock Relating to the Debtors' Engine Products Group Free and Clear of All Liens, Claims, Interests and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith, and (C) Granting Related Relief |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 25 | 4985 | 3/28/2007 | Motion of Debtors and Debtors in Possession, Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, 9007 and 9014 for (I) Order (A) Approving Bidding Procedures for the Sale of the Debtors' Fluid Products Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing Sale of Certain Assets and Stock Relating to Debtors' Fluid Products Group Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith |
| 26 | 5004 | 3/30/2007 | Order Authorizing the Debtors to Terminate Unvested Non-Pension Benefits of Non-Union Active Employees |
| 27 | 5105 | 4/12/2007 | Order (A) Approving Bidding Procedures for the Sale of the Debtors' Fluid Products Group, (B) Approving Certain Bidder Protections and (C) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice thereof |
| 28 | 5141 | 4/19/2007 | First Order Granting Motion Authorizing Assumption and Assignment of Additional Agreements in Connection with The Sale of the Debtors' Engines Products Group |
| 29 | 5180 | 4/27/2007 | Order Approving Settlement Agreement Between Dana Corporation and the International Association of Machinists and Aerospace Workers |
| 30 | 5356 | 5/22/2007 | So Ordered Stipulation and Agreed Order Between Dana Corporation and the Official Committee of Non-Union Retirees |
| 31 | 5447 | 6/6/2007 | Order Granting Motion (A) Authorizing Sale of Assets Related to Debtors' North American Fluid Products Group Business Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 32 | 5448 | 6/6/2007 | Order (A) Authorizing Sale of Assets Related to Debtors' North American Fluid Products Group Business Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith |
| 33 | 5645 | 7/6/2007 | Motion of Debtors and Debtors in Possession for Entry of an Order (A) Approving Settlement Agreements with the United Steelworkers and United Autoworkers, Pursuant to 11 U.S.C. Sections 1113 and 1114(e) and Federal Rule of Bankruptcy Procedure 9019, and (B) Authorizing the Debtors to Enter into Plan Support Agreement, Investment Agreement and Related Agreements, Pursuant to 11 U.S.C. Sections 105(a), 363(b), 364(c)(1), 503 and 507 |
| 34 | 5879 | 8/1/2007 | Order Pursuant to 11 U.S.C. Sections 1113 and 1114(e) and Federal Rule of Bankruptcy Procedures 9019, Approving Settlement Agreements with the United Steelworkers and United Autoworkers, and Pursuant to 11 U.S.C. Sections 105(a), 363 (b), 364 (c), 503 and 507, Authorizing the Debtors to Enter into Plan Support Agreement, Investment Agreement and Related Agreements |
| 35 | 6051 | 8/28/2007 | First Order Authorizing Assumption and Assignment of Additonal Agreements in Connection With the Sale of Certain Assets of the Debtors' Fluid Products Group Business To Orhan Holding, A.S. |
| 36 | 6083 | 8/31/2007 | Disclosure Statement with Respect to Joint Plan of Reorganization of Debtors and Debtors in Possession filed by Corinne Ball on behalf of Dana Corporation |
| 37 | 6085 | 8/31/2007 | Motion of Debtors and Debtors in Possession for an Order Approving Form and Manner of Notice of Disclosure Statement Hearing, together with the Notice of Hearing thereto |
| 38 | 6102 | 9/5/2007 | Order Approving Form and Manner of Notice of Disclosure Statement Hearing |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 39 | 6178 | 9/14/2007 | Motion of Debtors and Debtors in Possession for an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Reorganization, (III) Scheduling Hearing on Confirmation of Joint Plan of Reorganization and (IV) Approving Related Notice Procedures, together with the Notice of Hearing |
| 40 | 6250 | 9/21/2007 | Affidavit of Service for Notice of Disclosure Statement Hearing |
| 41 | 6251 | 9/21/2007 | Supplemental Certificate of Service for, among other things, Docket Nos. 6083, 6084, 6085 and 6178 |
| 42 | 6599 | 10/19/2007 | Motion of Debtors and Debtors in Possession for the Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Approving (A) Their Entry Into and Performance Under Backstop Commitment Letter Providing, Among Other Things, for (i) Backstop Commitment to Purchase Additional Series B Preferred Shares, (ii) Payment of Commitment Fee in Connection Therewith, and (iii) Certain Releases and (B) an Increase in Centerbridge's Expense Reimbursement |
| 43 | 6600 | 10/19/2007 | First Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 44 | 6602 | 10/19/2007 | First Amended Disclosure Statement with Respect to First Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 45 | 6623 | 10/22/2007 | Consolidated Reply to Objections to the Motion of Debtors and Debtors in Possession for an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Joint Plan of Reorganization; (III) Scheduling Hearing on Confirmation of Joint Plan of Reorganization and (IV) Approving Related Notice Procedures |
| 46 | 6647 | 10/22/2007 | Second Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 47 | 6649 | 10/22/2007 | Second Amended Disclosure Statement with Respect to Second Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 48 | 6658 | 10/22/2007 | Declaration of Durc A. Savini in Support of Motion of Debtors and Debtors in Possession for the Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, Approving (A) Their Entry Into and Performance Under Backstop Commitment Letter Providing, Among Other Things, for (i) Backstop Commitment to Purchase Additional Series B Preferred Shares, (ii) Payment of Commitment Fee in Connection Therewith, and (iii) Certain Releases and (B) an Increase in Centerbridge's Expense Reimbursement |
| 49 | 6666 | 10/23/2007 | Order Approving (A) Entry of the Debtors and Debtors in Possession Into, and their Performance Under, Backstop Commitment Letter with Members of the Ad Hoc Steering Committee Providing, Among Other Things, for (i) Backstop Commitment to Purchase Additional Series B Preferred Shares, (ii) Payment of Commitment Fee in Connection Therewith, and (iii) Certain Releases and (B) an Increase in Centerbridge's Expense Reimbursement |
| 50 | 6729 | 10/26/2007 | Certificate of Mailing for, among other things, Docket No. 6599 |
| 51 | 6730 | 10/26/2007 | Certificate of Mailing for, among other things, Docket Nos. 6666, 6671 and 6673 |
| 52 | 6776 | 10/30/2007 | Certificate of Mailing for, among other things, Docket No. 6693 |
| 53 | 6778 | 10/30/2007 | Certificate of Mailing for, among other things, Docket Nos. 6709 and 6724 |
| 54 | 6783 | 10/31/2007 | Order (A) Establishing Procedures With Respect to the Proposed Assumption, Assumption and Assignment and Rejection of Executory Contracts and Unexpired Leases and the Treatment of Other Agreements Pursuant to the Debtors' Joint Plan of Reorganization and Applicable Law; and (B) Approving the Form and Manner of Notice Thereof |
| 55 | 6830 | 11/6/07 | Certificate of Mailing for, among other things, Docket No. 6783 |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 56 | 6831 | 11/6/2007 | Certificate of Mailing by BMC Group, Inc. in Connection with Solicitation Package and Notice of (A) Deadline for Casting Votes to Accept or Reject Third Amended Joint Plan of Reorganization, (B) Hearing to Consider Confirmation of Third Amended Joint Plan of Reorganization and (C) Related Matters |
| 57 | 6856 | 11/8/2007 | Motion of Debtors and Debtors in Possession, Pursuant to Section 363 of the Bankruptcy Code, Seeking Approval of Their (A) Entry Into, and Performance Under, Exit Facility Commitment Letter and Fee Letter, (B) Payment of Fees and Expenses in Connection Therewith and With the Exit Facility and (C) Furnishing of Related Indemnities |
| 58 | 6898 | 11/13/2007 | Certificate of Mailing for, among other things, Docket No. 6856 |
| 59 | 6899 | 11/13/2007 | Notice of Filing Sworn Statements of Publication in The Toledo Blade, USA Today and The Wall Street Journal |
| 60 | 6918 | 11/14/2007 | Motion of Debtors and Debtors in Possession for an Order Approving (A) Disputed Unsecured Claims Reserves for Certain Unliquidated Claims in Connection with Distributions to be Made Under the Debtors' Third Amended Joint Plan of Reorganization, as It May Be Amended; and (B) Additional Procedures Related to Plan Reserves |
| 61 | 7058 | 11/21/2007 | Certificate of Mailing by BMC Group, Inc. in Connection with Solicitation Book |
| 62 | 7101 | 11/27/20007 | Certificate of Mailing for Docket No. 6899 |
| 63 | 7136 | 11/27/2007 | Motion of Debtors and Debtors in Possession for an Order Authorizing Them to File Under Seal the Fee Letter Relating to Their Motion, Pursuant to Section 363 of the Bankruptcy Code, Seeking Approval of Their (A) Entry into, and Performance under, Exit Facility Commitment Letter and Fee Letter, (B) Payment of Fees and Expenses in Connection Therewith and with the Exit Facility and (C) Furnishing of Related Indemnities |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 64 | 7168 | 11/27/2007 | Notice of Adjournment of Hearing, Extension of Objection Deadline and Filing of Exit Facility Commitment Letter in Connection with Motion of Debtors and Debtors in Possession, Pursuant to Section 363 of the Bankruptcy Code, Seeking Approval of Their (A) Entry Into, and Performance Under, Exit Facility Commitment Letter and Fee Letter, (B) Payment of Fees and Expenses in Connection Therewith and With the Exit Facility and (C) Furnishing of Related Indemnities |
| 65 | 7178 | 11/27/2007 | Certificate of Mailing for, among other things, Docket Nos. 6916 and 6918 |
| 66 | 7179 | 11/27/2007 | Certificate of Mailing for, among other things, Docket No. 6929 |
| 67 | 7192 | 11/28/2007 | Order Authorizing the Debtors to File Under Seal the Fee Letter Relating to their Motion, Pursuant to Section 363 of the Bankruptcy Code, Seeking Approval of their (A) Entry Into, and Performance Under, Exit Facility Commitment Letter and Fee Letter, (B) Payment of Fees and Expenses in Connection Therewith and With The Exit Facility and (C) Furnishing of Related Indemnities |
| 68 | 7236 | 11/28/2007 | Order Granting Motion Approving (A) Disputed Unsecured Claims Reserves for Certain Unliquidated Claims in Connection with Distributions to be Made Under the Debtors' Third Amended Joint Plan of Reorganization |
| 69 | 7268 | 11/29/2007 | Certificate of Mailing for, among other things, Docket No. 7030 |
| 70 | 7331 | 12/4/2007 | Certificate of Mailing for, among other things, Docket Nos. 7136 and 7168 |
| 71 | 7345 | 12/5/2007 | Certificate of Mailing for, among other things, Docket No. 7192 |
| 72 | 7348 | 12/5/2007 | Order Approving (A) the Debtors' Entry Into, and Performance Under, Exit Facility Commitment Letter and Fee Letter, (B) Payment of Fees and Expenses in Connection Therewith and With the Exit Facility and (C) Furnishing of Related Indemnities |
| 73 | 7417 | 12/4/2007 | Certificate of Mailing for, among other things, Docket No. 7236 |
| 74 | 7431 | 12/13/2007 | Certificate of Supplemental Mailing by BMC Group, Inc. in Connection with Solicitation Book |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 75 | 7432 | 12/13/2007 | Certificate of Mailing for Docket Nos. 6671 and 6783 |
| 76 | 7433 | 12/13/2007 | Certificate of Mailing for Docket Nos. 6671 and 6783 |
| 77 | 7434 | 12/13/2007 | Certificate of Mailing for Docket Nos. 6671 and 6783 |
| 78 | 7435 | 12/13/2007 | Certificate of Mailing for Docket Nos. 7362 and 7363 |
| 79 | 7436 | 12/13/2007 | Certificate of Mailing for Docket Nos. 7374, 7375, 7376 and 7377 |
| 80 | 7437 | 12/13/2007 | Certificate of Mailing for, among other things, Docket Nos. 7386, 7391, 7395, 7401 and 7402 |
| 81 | 7481 | 12/20/2007 | Certificate of Mailing for, among other things, Docket No. 7342 |
| 82 | 7482 | 12/20/2007 | Certificate of Mailing for, among other things, Docket Nos. 7347, 7348 and 7359 |
| 83 | 7484 | 12/20/2007 | Certificate of Mailing for Docket No. 7407 |
| 84 | 7486 | 12/20/2007 | Certificate of Mailing for Docket No. 7423 |
| 85 | 7489 | 12/20/2007 | Certificate of Supplemental Mailing by BMC Group, Inc. in Connection with Solicitation Book |
| 86 | 7494 | 12/20/2007 | Second Notice of Filing Supplements and Amendments to Certain Exhibits to Third Amended Joint Plan of Reorganization Relating to Executory Contract and Unexpired Leases and Joint Venture Agreements |
| 87 | 7496 | 12/21/2007 | Notice of Filing of Proposed Order Confirming the Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 88 | 7504 | 12/26/2007 | Notice of Filing of Amended Proposed Order Confirming the Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 89 | 7508 | 12/26/2007 | Certificate of Mailing for, among other things, Docket No. 7494 |
| 90 | 7510 | 12/17/2007 | Transcript of Hearing Held On December 11, 2007 |
| 91 | 7511 | 12/26/2007 | Notice of Entry of Order Confirming the Third Amended Joint Plan of Reorganization of Debtors and Debtors in Possession |
| 92 | 7515 | 12/26/2007 | Notice of Determination by Debtors and Debtors in Possession of Allocation of New Series B Preferred Shares |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 93 | 7516 | 12/26/2007 | Notice of Filing of Amended Exhibit to Notice of Filing of Determination by Debtors and Debtors in Possession of Allocation of New Series B Preferred Shares |
| 94 | 7520 | 12/17/2007 | Transcript of Hearing Held on December 10, 2007, re: To Consider Confirmation of Third Amended Joint Plan of Reorganization and Related Matters |
| 95 | 7522 | 12/27/07 | Affidavit of Service for Docket No. 6783 |
| 96 | 7525 | 12/27/2007 | Certificate of Mailing for, among other things, Docket No. 7496 |
| 97 | 7562 | 12/27/2007 | Exhibit 1 to Notice of Determination by Debtors and Debtors-In-Possession of Allocation of New Series B Preferred Shares FILED UNDER SEAL |
| 98 | 7595 | 1/10/2007 | Certificate of Mailing for Docket Nos. 7504, 7509, 7511, 7515 and 7516 |
| 99 | 7620 | 1/14/2008 | Certificate of Mailing for Docket No. 6783 |
| 100 | | | Dana Corporation, Form 10-K (for the period ending December 31, 2006) |
| 101 | | | Dana Corporation, Form 10-Q (for the period ending September 30, 2007) |
| 102 | | | Dana Corporation, Form 10-Q (for the period ending December 12, 2007) |
| 103 | | | Transcript of Hearing, held on December 12, 2007, *In re Dana Corporation, et al.*, Case No. 06-10354, before the Honorable Burton R. Lifland, United States Bankruptcy Judge |
| 104 | | 12/11/2007 | Dana Trial Exhibit 16, admitted into evidence December 10, 2007 (Transcript of Hearing, December 10, 2007, at 227:6-227:19) |
| 105 | | 12/11/2007 | Dana Trial Exhibit 20 admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, 159:3-159:16) |
| 106 | | 12/11/2007 | Dana Trial Exhibit 21, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 24:5-24:16) |
| 107 | | 12/11/2007 | Dana Trial Exhibit 22, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 24:5-24:16) |
| 108 | | 12/11/2007 | Dana Trial Exhibit 23, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 24:5-24:16) |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 109 | | 12/11/2007 | Dana Trial Exhibit 24, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 24:5-24:16) |
| 110 | | 12/11/2007 | Dana Trial Exhibit 25, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 24:5-24:16) |
| 111 | | 12/10/2007 | Dana Trial Exhibit 27, admitted into evidence December 10, 2007 (Transcript of Hearing, December 10, 2007, at 253:23-254:4) |
| 112 | | 12/10/2007 | Dana Trial Exhibit 28, admitted into evidence December 10, 2007 (Transcript of Hearing, December 10, 2007, at 253:23-254:4) |
| 113 | | 12/10/2007 | Dana Trial Exhibit 29, admitted into evidence December 10, 2007 (Transcript of Hearing, December 10, 2007, at 253:23-254:4) |
| 114 | | 12/10/2007 | Dana Trial Exhibit 30, admitted into evidence December 10, 2007 (Transcript of Hearing, December 10, 2007, at 253:23-254:4) |
| 115 | | 12/10/2007 | Dana Trial Exhibit 31, admitted into evidence December 10, 2007 (Transcript of Hearing, December 10, 2007, at 253:23-254:4) |
| 116 | | 12/10/2007 | Dana Trial Exhibit 32, admitted into evidence December 10, 2007 (Transcript of Hearing, December 10, 2007, at 253:23-254:4) |
| 117 | | 12/11/2007 | Dana Trial Exhibits 33b through 33q, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 103:18-104:7) |
| 118 | | 12/11/2007 | Dana Trial Exhibit 34, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 103:18-104:7) |
| 119 | | 12/11/2007 | Dana Trial Exhibit 35, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 94:17-94:25) |
| 120 | | 12/11/2007 | Dana Trial Exhibit 36, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 159:3-159:16) |
| 121 | | 12/11/2007 | Dana Trial Exhibit 37, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 34:5-34:16) |
| 122 | | 12/11/2007 | Dana Trial Exhibit 38, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 34:5-34:16) |

| Item No.: | Docket No.: | Date of Filing/Entry: | Description: |
|---|---|---|---|
| 123 | | 12/11/2007 | Dana Trial Exhibit S-1, *filed under seal*, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 159:3-159:16) |
| 124 | | 12/11/2007 | Dana Trial Exhibit S-2, *filed under seal*, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 159:3-159:16) |
| 125 | | 12/11/2007 | Dana Trial Exhibit S-3, *filed under seal*, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 159:3-159:16) |
| 126 | | 12/11/2007 | Dana Trial Exhibit S-4, *filed under seal*, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 159:3-159:16) |
| 127 | | 12/11/2007 | Dana Trial Exhibit S-5, *filed under seal*, admitted into evidence December 11, 2007 (Transcript of Hearing, December 11, 2007, at 159:3-159:16) |
| 128 | | 12/12/2007 | Chart Summarizing The 1129 Factors, admitted into evidence December 12, 2007 (Transcript of Hearing, December 12, 2007 at 94:21-95:2) |

Dated: January 21, 2008
New York, New York

Respectfully submitted,

 /s/Corinne Ball
Corinne Ball (CB 8203)
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Heather Lennox (HL 3046)
Robert W. Hamilton (RH 3130)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION