Douglas T. Tabachnik (DT 6337)
LAW OFFICES OF
DOUGLAS T. TABACHNIK, P.C.
Suite C
Woodhull House
63 West Main Street
Freehold, New Jersey 07728
(732) 792-2760

and

Sander L. Esserman (SE 0356)*
Robert T. Brousseau (4873)*
Jo E. Hartwick (4109)*
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas  75201
(214) 969-4900

ATTORNEYS FOR THE AD HOC COMMITTEE
OF ASBESTOS PERSONAL INJURY CLAIMANTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
In re                                           :
                                                :
Dana Corporation, *et al.*                      :
                                                : Case No. 1:08-CV-01037 (PAC)
                                                :
                    Debtors.                    :
                                                :
Ad Hoc Committee of Asbestos Personal           :
Injury Claimants,                               :
                                                :
                    Appellant.                  :
                                                :
―――――――――――――――――――――x

THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS'
JOINDER IN THE
MOTION OF REORGANIZED DEBTORS TO CONSOLIDATE APPEALS

Appellant, the Ad Hoc Committee of Asbestos Personal Injury Claimants[1] (the "Ad Hoc Committee"), hereby joins in the Motion of Reorganized Debtors to Consolidate Appeals as follows:

The Ad Hoc Committee agrees with the Reorganized Debtors that the legal and factual issues on which this appeal and the appeal docketed as Case No. 1:08-CV-01038 are the same and that the interests of judicial economy will best be served by consolidating the two appeals.  Accordingly, the Ad Hoc Committee joins in the Reorganized Debtors' request that the appeals docketed as Case No. 1:08-CV-01037 and Case No. 1:08-CV-01038 be consolidated for all purposes.

Dated:  February 13, 2008

Respectfully submitted,

/s/ Douglas T. Tabachnik
Douglas T. Tabachnik (DT 6337)
LAW OFFICES OF
DOUGLAS T. TABACHNIK, P.C.
Suite C
Woodhull House
63 West Main Street
Freehold, New Jersey 07728
(732) 792-2760

and

---

[1] The Ad Hoc Committee of Personal Injury Asbestos Claimants consists of James J. Demahy, Individually and as the Independent Executrix of the Estate of Lydia Demahy, deceased, represented by Bryan O. Blevins, Jr., Provost Umphrey Law Firm L.L.P., Beaumont, Texas; Estelle Moore, Personal Representative of the Estate of Royce Wilfred Moore, represented by Russell Budd, Baron & Budd, P.C., Dallas, Texas; John Hellen, Personal Representative of the Estate of Harwood Hellen, deceased, represented by Brent Coon and Lou Thompson Black, Brent Coon & Associates, Beaumont and Houston, Texas and Cleveland, Ohio; Robert Haun, represented by Steven Kazan, Kazan, McClain, Abrams, Lyons & Greenwood, A Professional Law Corporation, Oakland, California; George Winter represented by Al Brayton, Brayton Purcell, Novato and Los Angeles, California, Portland, Oregon; and Charles Kloock represented by Thomas M. Wilson, Kelley & Ferraro, LLP, Cleveland, Ohio.

* Applications for admission pro hac vice to be submitted.

Sander L. Esserman (SE 0356)*
Robert T. Brousseau (4873)*
Jo E. Hartwick (4109)*
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas  75201
(214) 969-4900

**ATTORNEYS FOR THE
AD HOC COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS**

3

* Applications for admission pro hac vice to be submitted.