UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 2 2008
```

In Re:

Dana Corp.,

               Debtor.

08 Civ. 1037 (PAC)
08 Civ. 1038 (PAC)

ORDER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Ad Hoc Committee of Asbestos Personal Injury
Claimants; Jose Angel Valdez,

               Appellants,

     - against –

Dana Corp.,

               Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

HONORABLE PAUL A. CROTTY, United States District Judge:

This order sets forth the Briefing Schedule for the above-captioned matter. In lieu of filing separate briefs on the dismissal motion, the parties are instructed to include their arguments regarding dismissal in their appellate submissions. Page limits have been adjusted accordingly.

**Appellants' Opening Briefs**: Filed Feb. 19, 2008.

**Appellees' Appellate Brief** and **Dismissal Motion**: March 14, 2008 (30 pages).

**Appellants' Reply Brief** and **Opposition to Dismissal Motion**: March 28, 2008 (25 pages).

**Appellees' Reply in Support of its Dismissal Motion**: April 4, 2008 (15 pages).

Dated: New York, New York
       February 21, 2008

SO ORDERED

PAUL A. CROTTY
United States District Judge