# JONES DAY

222 EAST 41ST STREET · NEW YORK, NEW YORK 10017
TELEPHONE: (212) 326-3939 · FACSIMILE: (212) 755-7306

Direct Number: (212) 326-3795
scbennett@jonesday.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 3 2008
```

JP002419
252122-620010

February 28, 2008

BY ELECTRONIC MAIL

Hon. Paul A. Crotty
United States District Court
Southern District of New York
United States Courthouse, Room 735
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement:]* I am sure that everyone will want to more, but this Court does not. The request is denied.

So ordered
Paul Crotty
JSDS

Re: In re Dana Corp., et al. Case No. 08 cv 1037

## REQUEST FOR IMMEDIATE RELIEF

Dear Judge Crotty:

Dana Corporation and its affiliated debtors (the "Appellees") request immediate relief in this bankruptcy appeal to permit an expansion of Appellees' Combined Appellate Brief and Dismissal Motion. This request involves a partial modification to Your Honor's Order, dated February 21, 2008.

We represent the Appellees in the above-referenced consolidated appeals of the Bankruptcy Court's December 26, 2007 order confirming the Appellees' joint chapter 11 plan of reorganization (the "Plan").

On February 21, 2008, Your Honor issued an Order setting forth the Briefing Schedule for these appeals. Appellees respectfully request a modification of that Order to increase the page limit for Appellees' Combined Appellate Brief and Dismissal Motion from 30 to 40 pages. Such a modification is necessary so that the Appellees can satisfactorily address the numerous and complex issues involved in the Dismissal Motion and respond to two separate opening briefs filed by Appellants in these consolidated appeals.

On February 25, 2008, we contacted counsel for both Appellants by phone to request their consent to this requested modification. Counsel for the Ad Hoc Committee of Asbestos Personal Injury Claimants has agreed to our proposed modification on the condition that the page limit for their Appellate Reply Brief and Opposition to Dismissal Motion be increased from 25 to 35 pages. Appellees would consent to this condition if their page limit is extended as requested above. Counsel for Jose Angel Valdez has not yet responded to our inquiries.

*[Stamped in left and right margins:]* MEMO ENDORSED

NY1-4067644v2

ATLANTA · BEIJING · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS · FRANKFURT · HONG KONG · HOUSTON
IRVINE · LONDON · LOS ANGELES · MADRID · MILAN · MOSCOW · MUNICH · NEW DELHI · NEW YORK · PARIS · PITTSBURGH
SAN DIEGO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · SINGAPORE · SYDNEY · TAIPEI · TOKYO · WASHINGTON

JONES DAY

Hon. Paul A. Crotty
February 28, 2008
Page 2

If the Court has any questions regarding this request, we are available for a teleconference at the Court's convenience. In the alternative, the Court may simply "so order" this letter request.

Appellees' Combined Appellate Brief and Dismissal Motion is currently due on March 14, 2008. Accordingly, we respectfully request immediate relief.

Respectfully,

Steven C. Bennett

cc:   By Electronic Mail and Federal Express
      Douglas T. Tabachnik, Esq.
      Law Offices of Douglas T. Tabachnik, P.C.
      Woodhull House
      63 West Main Street
      Suite C
      Freehold, New Jersey 07728
      Counsel for the Ad Hoc Committee of Asbestos Personal Injury Claimants
      dtabachnik@dttlaw.com

      Alan Eric Gamza, Esq.
      Robert D. Lillienstein, Esq.
      Moses & Singer LLP
      The Chrysler Building
      405 Lexington Avenue
      New York, NY 10174-1299
      (212)554-7400 7878
      Fax: (212) 554-7700
      Email: agamza@mosessinger.com
      Email: rlillienstein@mosessinger.com

NYI-4067644v2

JONES DAY

Hon. Paul A. Crotty
February 28, 2008
Page 3

    Joseph D. Frank, Esq.
    Frank/Gecker LLP
    325 N. LaSalle Street, Suite 625
    Chicago, Illinois 60610
    (312) 276-1402
    Fax: (312) 276-0035
    jfrank@fgllp.com

    Jo E. Hartwick, Esq.
    Stutzman, Bromberg, Esserman & Plifka
    A Professional Corporation
    2323 Bryan Street, Suite 2200
    Dallas, Texas 75201
    Phone: 214-969-4900

NYI-4067644v2