**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

**DANA CORPORATION, et al.,**

                              Debtors.

**THE AD HOC COMMITTEE OF**
**ASBESTOS PERSONAL INJURY**
**CLAIMANTS,**

and

**JOSÉ ANGEL VALDEZ**

                              **Appellants,**

        v.

**DANA CORPORATION, et al.,**

                              **Appellee.**

Case No. 1:08-cv-01037 (PAC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Douglas T. Tabachnik a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice

of

        Robert T. Brousseau, Esq.
        Stutzman, Bromberg, Esserman & Plifka,
        A Professional Corporation
        2323 Bryan Street, Suite 2200
        Dallas, TX 75201
        Tel:  (214) 969-4900
        Fax:  (214) 969-4999

Robert T. Brousseau is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against Robert T. Brousseau in any State or

Federal Court.

Dated: March 11, 2008

Respectfully submitted,

Douglas T. Tabachnik (DT 6337)
Law Offices of Douglas T.
Tabachnik, P.C.
Suite C
Woodhull House
63 West Main Street
Freehold, New Jersey 07728
(732) 792-2760

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**DANA CORPORATION, et al.,**<br><br>       **Debtors.** | Case No. 1:08-cv-01037 (PAC) |
| **THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,**<br><br>**and**<br><br>**JOSÉ ANGEL VALDEZ**<br><br>       **Appellants,**<br>  **v.**<br><br>**DANA CORPORATION, et al.,**<br><br>       **Appellee.** | **DECLARATION OF DOUGLAS T. TABACHNIK IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF ROBERT T. BROUSSEAU** |

I, Douglas T. Tabachnik, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a member in good standing of the bar of the State of New York, and was admitted to practice in 1981. I was admitted to the bar of the United States District Court for the Southern District of New York in 1982, and am in good standing with this Court. I respectfully submit this affirmation in support of the motion pursuant to Local Civil Rule 1.3(c) of this Court for the admission *pro hac vice* of Robert T. Brousseau, shareholder of the Dallas, Texas law firm of Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation.

2.  Mr. Brousseau has been admitted to practice law in the State of Texas, and in the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas, respectively, the United States Court of Appeals for the Fifth Circuit, the United States Court of

Federal Claims, and The Supreme Court of the United States.  Mr. Brousseau is and has always

been a member in good standing of the bars of the jurisdictions and courts in which he is

admitted to practice.  I have known Mr. Brousseau since September of 2004 and believe him to

be of high moral character and extremely competent in the practice of law.

3.     Mr. Brousseau's Certificate of Good Standing of the State of Texas is attached

hereto as **Exhibit A.**

4.     I further affirm that I am fully familiar with the facts of this case and will assist

Mr. Brousseau in the preparation of this case.

5.  I respectfully submit a proposed order which is annexed hereto as **Exhibit B.**

WHEREFORE, I respectfully request that the Court admit Robert T. Brousseau, to

appear and to participate in all further proceedings in this case on behalf of The Ad Hoc

Committee of Asbestos Personal Injury Claimants.

Dated:  March 11, 2008

Respectfully submitted,

Douglas T. Tabachnik (DT 6337)
Law Offices of Douglas T.
Tabachnik, P.C.
Suite C
Woodhull House
63 West Main Street
Freehold, New Jersey 07728
(732) 792-2760

**ATTORNEY FOR THE AD HOC
COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS**

2

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

February 11, 2008

RE:    **Mr. Robert T. Brousseau**
       State Bar Number - **03087500**

To Whom it May Concern:

This is to certify that Mr. Robert T. Brousseau was licensed to practice law in Texas on December 07, 1972 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.


John A. Neal
Chief Disciplinary Counsel

JN/dh



**P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**DANA CORPORATION, et al.,**<br><br>Debtors.<br><br>**THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,**<br><br>and<br><br>**JOSÉ ANGEL VALDEZ**<br><br>**Appellants,**<br><br>v.<br><br>**DANA CORPORATION, et al.,**<br><br>**Appellee.** | Case No. **1:08-cv-01037 (PAC)**<br><br><br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the motion of Douglas T. Tabachnik, attorney for The Ad Hoc Committee of Asbestos Personal Injury Claimants and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Robert T. Brousseau, Esq.
> Stutzman, Bromberg, Esserman & Plifka
> A Professional Corporation
> 2323 Bryan Street, Suite 2200
> Dallas, Texas 75201
> Tel:  (214) 969-4900
> Fax:  (214) 969-4999
> brousseau@sbep-law.com

is admitted to practice *pro hac vice* as counsel for The Ad Hoc Committee of Asbestos Personal Injury Claimants in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of

1

this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.


Dated: New York, New York
       March ___, 2008


                                           _____

                                           PAUL A. CROTTY,
                                           UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
IN RE                                                  :
                                                       :        1:08-cv-01037 (PAC)
DANA CORPORATION, ET AL.,                              :
                                                       :
                                                       :
                              Debtors.                 :
                                                       :
AD HOC COMMITTEE OF ASBESTOS                           :
PERSONAL INJURY CLAIMANTS                              :
                                                       :
and                                                    :
                                                       :
JOSÉ ANGEL VALDEZ                                      :
                                                       :
                              Appellants.              :
                                                       :
v.                                                     :
                                                       :
DANA CORPORATION, et al.,                              :
                                                       :
                              Appellees.               :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a true and correct copy of the Motion for

Admission Pro Hac Vice of Robert T. Brousseau with supporting papers to be served on

the parties at the address indicated on the attached service list by overnight delivery the

11th day of March, 2008.

Dated: March 11, 2008

/s/
Douglas T. Tabachnik

## Service List

Marc S. Levin, Esq.
Deputy General Counsel
Dana Corporation
4500 Dorr Street
Toledo, Ohio 43615
Email:
corporate.lawdepartment@dana.com

Corinne Ball, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017
Email:  cball@jonesday.com

Richard H. Engman, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017
Email:  rengman@jonesday.com

Heather Lennox, Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Email:  hlennox@jonesday.com

Carl E. Black Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Email:  ceblack@jonesday.com

Jeffrey B. Ellman, Esq.
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Email:  jbellman@jonesday.com

Greg M. Zipes, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Matthew J. Williams, Esq.
Kramer Levin Naftalis & Frankel
LLP
1177 Avenue of the Americas
New York, New York 10036
Email:  mwilliams@kramerlevin.com

Thomas Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Email:  tmayer@kramerlevin.com

Kristopher M. Hansen, Esq.
Stroock & Stroock & Lavan lLP
180 Maiden Lane
New York, New York 10038-4982
khansen@stroock.com

Sayan Bhattacharyya, Esq.
Stroock & Stroock & Lavan lLP
180 Maiden Lane
New York, New York 10038-4982
sbhattacharyya@stroock.com

Brian Pfeiffer
Fried Frank Harris Shriver et al.
One New York Plaza
New York, New York 10004
Email: PfeifBr@friedfrank.com

Trent Cornell, Esq.
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Email: tcornell@stahlcowen.com

S. Schreiber, Esq.
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Email: sschreiber@stahlcowen.com

Morris J. Massel, Esq.
Willkie Farr Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099
mmassel@willkie.com

Babette Ceccotti, Esq.
Cohen Weiss and Simon LLP
330 West 42nd Street
25th Floor
New York, New York 10036-6976
bceccotti@cwsny.com

Gary L. Kaplan
Fried Frank Harris Shriver et al.
One New York Plaza
New York, New York 10004
Email: KaplaGa@friedfrank.com

Jon Cohen, Esq.
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Email: jcohen@stahlcowen.com

Matthew A. Feldman, Esq.
Willkie Farr Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099
mfeldman@willkie.com

Paul V. Shalhoub, Esq.
Willkie Farr Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099
pshalhoub@willkie.com

Lowell Peterson, Esq.
Meyer Suozzi English & Klein PC
1350 Broadway, Suite 501
New York, New York 10018
lpeterson@msek.com