```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

DANA CORPORATION, et al.,

        Debtors.

---

THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,

and

JOSÉ ANGEL VALDEZ

        Appellants,

v.

DANA CORPORATION, et al.,

        Appellee.

---

Case No. 1:08-cv-01037 (PAC)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

    Upon the motion of Douglas T. Tabachnik, attorney for The Ad Hoc Committee of Asbestos Personal Injury Claimants and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Sander L. Esserman, Esq.
        Stutzman, Bromberg, Esserman & Plifka
        A Professional Corporation
        2323 Bryan Street, Suite 2200
        Dallas, Texas 75201
        Tel: (214) 969-4900
        Fax: (214) 969-4999
        esserman@sbep-law.com

is admitted to practice *pro hac vice* as counsel for The Ad Hoc Committee of Asbestos Personal Injury Claimants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       March 20, 2008

_____
PAUL A. CROTTY,
UNITED STATES DISTRICT JUDGE