UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
IN RE                                       :
                                            :        1:08-cv-01037 (PAC)
DANA CORPORATION, ET AL.,                   :
                                            :
                                            :
                    Debtors.                :
                                            :
AD HOC COMMITTEE OF ASBESTOS                :
PERSONAL INJURY CLAIMANTS                   :
                                            :
and                                         :
                                            :
JOSÉ ANGEL VALDEZ                           :
                                            :
                    Appellants.             :
                                            :
v.                                          :
                                            :
DANA CORPORATION, et al.,                   :
                                            :
                    Appellees.              :
-------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF TEXAS      )
                    ) ss:
COUNTY OF DALLAS    )

  Jo E. Hartwick, being duly sworn, affirms and says:

  1.  I am over 18 years of age and am not a party to the above-captioned proceedings. I am a shareholder of Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, having offices at 2323 Bryan Street, Suite 2200, Dallas, Texas 75201.

2.  On April 10, 2008, I caused true and correct copies of the Appellant Ad Hoc Committee of Asbestos Personal Injury Claimants' Suggestion of Lack of Subject Matter Jurisdiction in the Bankruptcy Court to Enjoin Certain Actions Against Non-Debtor Entities in Light of *In re Johns-Manville Corp.*, No. 06-2099-bk, 2008 WL 399010 (2d Cir. Feb. 15, 2008) and Request for Supplemental Briefing Schedule to be served on the parties on the attached Service List by the method indicated and to be served on all of those parties by overnight delivery on April 10, 2008.

/s/ Jo E. Hartwick
Jo E. Hartwick

Sworn to before me this
10th day of April, 2008

/s/ Monica L. Moore
NOTARY PUBLIC

Monica L. Moore
Notary Public, State of Texas

Service List

**Via Email**
Marc S. Levin, Esq.
Deputy General Counsel
Dana Corporation
4500 Dorr Street
Toledo, Ohio 43615
Email: corporate.lawdepartment@dana.com

**Via Email:**
Richard H. Engman, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017
Email: rengman@jonesday.com

**Via Email:**
Carl E. Black Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Email: ceblack@jonesday.com

**Via Facsimile:**
Greg M. Zipes, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

**Via Email:**
Thomas Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Email: tmayer@kramerlevin.com

**Via Email**:
Corinne Ball, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017
Email: cball@jonesday.com

**Via Email:**
Heather Lennox, Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Email: hlennox@jonesday.com

**Via Email:**
Jeffrey B. Ellman, Esq.
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Email: jbellman@jonesday.com

**Via Email:**
Matthew J. Williams, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Email: mwilliams@kramerlevin.com

**Via Email:**
Kristopher M. Hansen, Esq.
Stroock & Stroock & Lavan lLP
180 Maiden Lane
New York, New York 10038-4982
khansen@stroock.com

**Via Email:**
Sayan Bhattacharyya, Esq.
Stroock & Stroock & Lavan lLP
180 Maiden Lane
New York, New York 10038-4982
sbhattacharyya@stroock.com

**Via Email:**
Brian Pfeiffer
Fried Frank Harris Shriver et al.
One New York Plaza
New York, New York 10004
Email:  PfeifBr@friedfrank.com

**Via Email:**
Trent Cornell, Esq.
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Email:  tcornell@stahlcowen.com

**Via Email:**
S. Schreiber, Esq.
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Email:  sschreiber@stahlcowen.com

**Via Email:**
Morris J. Massel, Esq.
Willkie Farr Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099
mmassel@willkie.com

**Via Email:**
Gary L. Kaplan
Fried Frank Harris Shriver et al.
One New York Plaza
New York, New York 10004
Email:  KaplaGa@friedfrank.com

**Via Email:**
Jon Cohen, Esq.
Stahl Cowen Crowley LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
Email:  jcohen@stahlcowen.com

**Via Email:**
Matthew A. Feldman, Esq.
Willkie Farr Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099
mfeldman@willkie.com

**Via Email:**
Paul V. Shalhoub, Esq.
Willkie Farr Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099
pshalhoub@willkie.com

**Via Email:**
Lowell Peterson, Esq.
Meyer Suozzi English & Klein PC
1350 Broadway, Suite 501
New York, New York 10018
lpeterson@msek.com

**Via Email:**
Babette Ceccotti, Esq.
Cohen Weiss and Simon LLP
330 West 42nd Street
25th Floor
New York, New York 10036-6976
bceccotti@cwsny.com

**Via Email:**
Alan Eric Gamza
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
agamza@mosessinger.com

**Via Email:**
Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
jfrank@fgllp.com